FILED: April 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4568 (L)
(5:24-cr-00196-FL-3)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DONTA LAMONT BUSH, JR.

Defendant - Appellant

_____

No. 25-4582
(5:24-cr-00196-FL-7)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MARVIN LEE LEACH, JR., a/k/a Fat Sosa

Defendant – Appellant

_____

No. 26-4158
(5:24-cr-00196-FL-6)

_____


UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DEIVON JALIL SPIDLE

      Defendant - Appellant


_____

O R D E R

_____


The court consolidates Case No. 26-4158 and Case No. 25-4568. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk